HENRY B. CLOSSON and Others v. SEABOARD SAND AND GRAVEL CORPORATION. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

GINO ETRI, an Infant, etc., by ANGELO ETRI, His Guardian ad Litem, and ANGEOL ETRI v. CHILDREN'S AID SOCIETY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

MATTEO, KAPLAN and Another v. GIRARD FIRE AND MARINE INSURANCE COMPANY.— Motion for reargument of motion, or for resettlement, denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

J. GEORGE LEVY, as Assignee for the Benefit of Creditors of WILLIAM TONK & BRO., INC., v. KOHLER & CAMPBELL, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

IMPERIAL METAL MANUFACTURING CORPORATION and Others v. SELECTED INDUSTRIES INCORPORATED and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

In the Matter of Summary Proceedings: ONE-FIFTY-TWO MADISON AVENUE CORPORATION v. CHIFFON RIBBONCRAFT, INC. ONE-FIFTY-TWO MADISON AVENUE CORPORATION v. CHIFFON RIBBONCRAFT, INC.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

EDMOND E. FRISCH v. J. CLARKE DULANY and Others, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

MATTEO KAPLAN and Another v. LINCOLN FIRE INSURANCE COMPANY OF NEW YORK.— Motion for reargument of motion, or for resettlement, denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

THE HENRY WILLIAM COMPANY OF THE CITY OF NEW YORK, INC., v. UNITED CIGAR STORES COMPANY OF AMERICA and Others, Impleaded with RAMCADIS REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PRESIDENT AND TRUSTEES OF THE VILLAGE OF OSSINING, etc.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

GERARD BARTONE, an Infant, by MICHAEL BARTONE, His Guardian ad Litem, Respondent, v. MICHEL KIRTLAND, as Receiver of the EIGHTH AND NINTH AVENUES RAILWAY COMPANY, Appellant. MICHAEL BARTONE, Respondent, v. MICHEL KIRTLAND, as Receiver of the EIGHTH AND NINTH AVENUES RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.